**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**JAMES PRESTON TARKINGTON**                                              **PLAINTIFF**

**v.**                                   **CASE NO. 4:26-cv-00384-BSM**

**WHITE COUNTY SHERIFF'S**                                              **DEFENDANTS**
**DEPARTMENT,** *et al.*

<u>**JUDGMENT**</u>

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 15th day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE